FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS
Mar 16, 2022
OFFICE OF THE CLERK

**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTICT OF ARKANSAS
TEXARKANA DIVISION**

**DEANDRE IVERSON**                                                                            **PLAINTIFF**

VS.                        CASE NO.   4:22-cv-4026

**SCHNEIDER NATIONAL CARRIERS, INC.
And KENYAN HEAD**                                           **DEFENDANTS**

## DEFENDANTS' JOINT NOTICE OF REMOVAL AND JURY DEMAND

Pursuant to 28 U.S.C. §§ 1441 and 1446, Schneider National Carriers, Inc. and Kenyon Head hereby file their Notice of Removal of this case from the Circuit Court of Miller County, Arkansas, and their short and plain statement of the grounds for removal is as follows:

1. On February 14, 2022, Plaintiff filed his Complaint in the Circuit Court of Miller County, Arkansas. Separate Defendant Schneider National Carriers, Inc. was served with Plaintiff's Complaint on or about March 3, 2022 by service of process on its registered agent. Separate Defendant Kenyon Head was served with Plaintiff's Complaint on or about February 19, 2022. As required by 28 U.S.C. § 1446(a), copies of all "process, pleadings and orders served upon each such defendant" are attached as Exhibit A.

2. Separate Defendant Schneider National Carriers, Inc. is a corporation organized under the laws of the State of Nevada with its principal place of business in Green Bay, Wisconsin.

3. Separate Defendant Kenyon Head is a resident and citizen of the state of Mississippi.

4. Upon information and belief, and according to plaintiff's complaint, the plaintiff Deandre Iverson is a resident and citizen of Arkansas.

5. Any civil action filed in state court over which the federal district courts would have original jurisdiction may be removed. 28 U.S.C. § 1441(a). This lawsuit arises out of an accident which occurred in Arkansas in which the Plaintiff alleges negligence and seeks damages for personal injuries in excess of the jurisdictional limit. See Exhibit A, Complaint.

6. This matter is removable because this Court has original subject matter jurisdiction on diversity grounds pursuant to 28 U.S.C. § 1332(a)(1) and (2).

### A. The Matter is Between Citizens of Different States.

7. Complete diversity of citizenship exists between the Plaintiff and both Defendants.

8. Plaintiff, Deandre Iverson is a resident and citizen of the State of Arkansas. See Exhibit A, Complaint.

9. Separate Defendant Schneider National Carrier's Inc. is a corporation organized under the laws of Nevada with its principal place of business in Green Bay, Wisconsin.

10. Separate Defendant Kenyon Head is a resident of the state of Mississippi.

### B. Notice of Removal Was Filed Within The 30-Day Limit Required by 28 U.S.C. §1446(b) And All Procedural Requirements Have Been Met

11. As noted herein, Plaintiff filed his Complaint in the Circuit Court of Miller County, Arkansas on February 14, 2022; Separate Defendant Schneider National Carriers, Inc. was served with Plaintiff's Complaint on March 3, 2022 by service of process on its registered agent. Separate Defendant Kenyon Head was served with Plaintiff's Complaint on February 19, 2022.

12. This notice was timely filed within 30 days of Defendant's receipt of service of Plaintiff's Complaint, as required by 28 U.S.C. § 1446(b), for timely removal.

13. Pursuant to 28 U.S.C. §1446(b)(2)(A), both defendants join in the removal of this action to the U.S. District Court for the Western District of Arkansas.

14. Defendants have complied with all applicable requirements and procedures for removal set forth in 28 U.S.C. § 1446, and are hereby giving prompt notice of this Removal to the Plaintiff, Deandre Iverson, and to the Circuit Court of Miller County, Arkansas by filing a copy of this Notice of Removal with the Circuit Clerk.

### C. The Amount In Controversy Exceeds $75,000.00, Exclusive of Interests and Costs As Required by 28 U.S.C. § 1332(a).

15. Paragraph 17 of Plaintiff's seeks damages in excess of $75,000 which exceeds the current minimum requirement for federal court jurisdiction in diversity of citizenship cases. See Complaint Exhibit A.

16. Pursuant to the provisions of U.S.C. § 1441(a), the United States District Court for the Western District of Arkansas, Texarkana Division, is the federal district court for the district embracing the place where the state court suit is pending.

17. This Court has original jurisdiction of this matter on the basis of diversity and removal to this Court is proper. 28 U.S.C. § 1332.

### DEMAND FOR A JURY TRIAL

18. Separate Defendant Schneider National Carriers, Inc. demands a trial by jury on all issues triable by a jury.

>J. Barrett Deacon, AR 2001201
>MAYER LLP
>2434 E. Joyce Blvd., Ste. 6
>Fayetteville, Arkansas 72703
>T. (479) 396-2060 | F. (479) 396-2059
>bdeacon@mayerllp.com
>
>*Attorneys for Schneider National Carriers, Inc. and Kenyon Head*